IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANA MARIA AMARAL GUIJARO, et al.,

    Plaintiffs,

    v.

BLUE HERON FARM, LLC, *an Oregon limited liability company*,

    Defendant.

Civ. No. 6:19-cv-01003-AA

**JUDGMENT**

AIKEN, Judge:

    This case is DISMISSED.

IT IS SO ORDERED.

    DATED this 18th day of October, 2021.

                                   /s/Ann Aiken
                                        Ann Aiken
                            United States District Judge